**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEANN CASTILLO,<br><br>              Plaintiff,<br><br>       vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>              Defendant | Case No.: 5:24-cv-01547-SP<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: July 10, 2026

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-